Electronically Filed
Intermediate Court of Appeals
30423
27-JUN-2011
08:24 AM

NO. 30423

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LORI WINGARD, Plaintiff-Appellant, v.
JOHN H. WINGARD, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 07-1-0993)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Plaintiff-Appellant Lori Wingard (Appellant) filed a notice of appeal on April 7, 2010; (2) on June 7, 2010, the appellate clerk filed the record on appeal and informed Appellant that the jurisdictional statement was due on June 17, 2010 and the opening brief was due on July 17, 2010; (3) Appellant did not file the jurisdictional statement or the opening brief; (4) on July 30, 2010, the appellate clerk provided notice to Appellant that: (a) the time to file the opening brief expired; (b) the matter would be called to the attention of the court on August 6, 2010; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the opening brief or request relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i,  June 27, 2011.


Chief Judge


Associate Judge


Associate Judge